1 | Edward G. Schloss (#102858)
3637 Motor Avenue, Suite 220
2 | Los Angeles, California 90034
Tel: (310) 733-4488; Fax: (310) 836-4888
3 | Email: <egs2@ix.netcom.com>
C563/nc
4
Attorneys for Defendant
5 | BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION (EUREKA)

| | |
|---|---|
| DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual,<br><br>Plaintiffs,<br><br>vs<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants. | Case No. CV12-04167 NJV<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING<br><br>Hearing -<br>Date: February 5, 2013<br>Time: 2:00 p.m.<br>Place: U.S. District Courthouse<br>　　　　Eureka, CA |

IT IS HEREBY STIPULATED AND AGREED by and between parties to this action, through their respective counsel, that:

Whereas the parties to this action are in the process of completing, pursuant to the Court's Order of October 31, 2012 and the Court's Civil Minutes of November 6, 2012, mediation, with the assistance of the Court-appointed mediator, Lester Levy.

The Case Management Conference currently scheduled for February 5, 2013 at 2:00 p.m., shall be continued approximately 30 days, in the above-referenced Court.

The last day to complete mediation shall be extended from January 29, 2013 to February 28, 2013.

-1-

1 | SO STIPULATED.
2 | \\\
3 |
4 | DATED: January 23, 2013        EDWARD G. SCHLOSS
5 |
6 | By _____
7 |                                EDWARD G. SCHLOSS
                                   Attorneys for BAYVIEW LOAN SERVICING, LLC
8 |
9 | DATED: January 23, 2013        CANNATA, CHING & O'TOOLE LLP
10 |
11 | By _____
12 |                                MICHAEL M. CHING
                                    Attorneys for DANA WOFFORD, GAIL WOFFORD AND MARK BENNETT
13 |
14 |

## ORDER

Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED THAT:

The Case Management Conference shall be continued from February 5, 2013 at 2:00 p.m. to March 5, 2013 at 2:00 p.m., in the above-referenced Court.

The last day to complete mediation shall be extended from January 29, 2013 to February 28, 2013.

SO ORDERED.

DATED: 1/23/13

THE HONORABLE NANDOR J. VADAS
Magistrate JUDGE OF THE DISTRICT COURT

\\Schloss2003\law files\SJS\Stipulations\SFBLScondhrg.wofford3.SJS.wpd

-2-