Edward G. Schloss (#102858)
3637 Motor Avenue, Suite 220
Los Angeles, California 90034
Tel: (310) 733-4488; Fax: (310) 836-4888
Email: <egs2@ix.netcom.com>
C563/nc

Attorneys for Defendant
BAYVIEW LOAN SERVICING, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION (EUREKA)

| | |
|---|---|
| DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual, <br><br> Plaintiffs, <br><br> vs <br><br> BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive, <br><br> Defendants. | Case No. CV12-04167 NJV <br><br> STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE HEARING <br><br> Hearing - <br> Date:  February 5, 2013 <br> Time:  2:00 p.m. <br> Place: U.S. District Courthouse <br>          Eureka, CA |

IT IS HEREBY STIPULATED AND AGREED by and between parties to this action, through their respective counsel, that:

Whereas the parties to this action are in the process of completing, pursuant to the Court's Order of October 31, 2012 and the Court's Civil Minutes of November 6, 2012, mediation, with the assistance of the Court-appointed mediator, Lester Levy.

The Case Management Conference currently scheduled for February 5, 2013 at 2:00 p.m., shall be continued approximately 30 days, in the above-referenced Court.

The last day to complete mediation shall be extended from January 29, 2013 to February 28, 2013.

1  SO STIPULATED.

2  \\\

3

4  DATED: January 23, 2013          EDWARD G. SCHLOSS

5

6                                   By _____
                                        EDWARD G. SCHLOSS
7                                       Attorneys for BAYVIEW LOAN SERVICING,
                                        LLC
8

9  DATED: January 22, 2013          CANNATA, CHING & O'TOOLE LLP

10

11                                  By _____
                                        MICHAEL M. CHING
12                                      Attorneys for DANA WOFFORD, GAIL
                                        WOFFORD AND MARK BENNETT
13

14

15                                  **ORDER**

16         Pursuant to the stipulation of the parties, and good cause appearing, IT IS HEREBY

17  ORDERED THAT:

18         The Case Management Conference shall be continued from February 5, 2013 at 2:00 p.m.

19  to March 5, 2013 at 2:00 p.m., in the above-referenced Court.

20         The last day to complete mediation shall be extended from January 29, 2013 to February

21  28, 2013.

22         SO ORDERED.

23

24

25

26  DATED: __1/23/13_____      _____
                                    THE HONORABLE NANDOR J. VADAS
27                                  Magistrate JUDGE OF THE DISTRICT COURT

28  \\Schloss2003\law files\SIS\Stipulations\SFBLScondhrg.wofford3.SIS.wpd

-2-