THERESE Y. CANNATA (SBN 88032)
MICHAEL M. CHING (SBN 209426)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone:  (415) 409-8900
Facsimile:   (415) 409-8904

Attorneys for Plaintiffs
DANA WOFFORD, GAIL WOFFORD
and MARK BENNETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C 12-04167 NJV<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br>_____/<br>FRCP 41 (a)(1)(A)(ii)<br><br> & ORDER |

WHEREAS, on August 8, 2012, plaintiffs Dana Wofford, Gail Wofford and Mark Bennett (collectively "plaintiffs") filed a complaint against defendant BAYVIEW LOAN SERVICING, LLC, ("defendant")for breach of contract, negligent misrepresentation/deceit, fraud, unfair business practices, and injunctive relief;

WHEREAS, on or about February 22, 2013, plaintiffs and defendants settled this matter;

THEREFORE, IT IS HEREBY STIPULATED by an between plaintiffs and defendants through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)1)(A)(ii).

IT IS SO STIPULATED:

Dated: March 6, 2013      CANNATA, CHING & O'TOOLE LLP

/s/ Michael M. Ching

MICHAEL M. CHING
Attorneys for plaintiffs DANA WOFFORD,
GAIL WOFFORD, and MARK BENNETT

Dated: March 6, 2013      EDWARD G. SCHLOSS LAW CORPORATION

/s/ Edward G. Schloss

EDWARD G. SCHLOSS
Attorneys for defendant BAYVIEW LOAN SERVICING, LLC

**Filer's Attestation**: Pursuant to Northern District Local Rule, Rule 5-1(i)(3), I attest under penalty of perjury that the concurrence in the filing of the document has been obtained from its signatory.

Dated: March 6, 2013      Respectfully submitted,

/s/ Michael M. Ching

Michael M. Ching

IT IS SO ORDERED.
March 11, 2013

IT IS SO ORDERED
Judge Nandor J. Vadas
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CANNATA, CHING & O'TOOLE LLP
ATTORNEYS AT LAW
100 Pine Street, Suite 350
San Francisco, CA 94111
TEL: (415) 409-8900 ▪ FAX: (415) 409-8904