THERESE Y. CANNATA (SBN 88032)
MICHAEL M. CHING (SBN 209426)
CANNATA, CHING & O'TOOLE LLP
100 Pine Street, Suite 350
San Francisco, CA 94111
Telephone: (415) 409-8900
Facsimile: (415) 409-8904

Attorneys for Plaintiffs
DANA WOFFORD, GAIL WOFFORD
and MARK BENNETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| DANA WOFFORD, an individual, GAIL WOFFORD, an individual, and MARK BENNETT, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BAYVIEW LOAN SERVICING, LLC, a Delaware limited liability company, and DOES 1-20, inclusive,<br><br>Defendants.<br>_____/ | CASE NO. C 12-04167 NJV<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION**<br>_____/<br>FRCP 41 (a)(1)(A)(ii)<br><br>& ORDER |

WHEREAS, on August 8, 2012, plaintiffs Dana Wofford, Gail Wofford and Mark Bennett (collectively "plaintiffs") filed a complaint against defendant BAYVIEW LOAN SERVICING, LLC, ("defendant") for breach of contract, negligent misrepresentation/deceit, fraud, unfair business practices, and injunctive relief;

WHEREAS, on or about February 22, 2013, plaintiffs and defendants settled this matter;

THEREFORE, IT IS HEREBY STIPULATED by an between plaintiffs and defendants through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)1)(A)(ii).

IT IS SO STIPULATED:

Dated: March 6, 2013          CANNATA, CHING & O'TOOLE LLP

/s/ Michael M. Ching

_____
MICHAEL M. CHING
Attorneys for plaintiffs DANA WOFFORD,
GAIL WOFFORD, and MARK BENNETT

Dated: March 6, 2013          EDWARD G. SCHLOSS LAW CORPORATION

/s/ Edward G. Schloss

_____
EDWARD G. SCHLOSS
Attorneys for defendant BAYVIEW LOAN SERVICING, LLC

**Filer's Attestation**: Pursuant to Northern District Local Rule, Rule 5-1(i)(3), I attest under penalty of perjury that the concurrence in the filing of the document has been obtained from its signatory.

Dated: March 6, 2013          Respectfully submitted,

/s/ Michael M. Ching

_____
Michael M. Ching

```
IT IS SO ORDERED.
March 11, 2013
```

IT IS SO ORDERED
Judge Nandor J. Vadas
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA